```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14974
   DESMOND A TAYLOR
   SABRINA L TAYLOR                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-6057     SSN XXX-XX-8653

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/17/2007 and was confirmed 11/01/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
PHH MORTGAGE SERV         CURRENT MORTG         .00          .00           .00
PHH MORTGAGE SERV         MORTGAGE ARRE      3504.61         .00           .00
TCF BANK                  CURRENT MORTG         .00          .00           .00
TCF BANK                  MORTGAGE ARRE      8041.79         .00           .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00          .00           .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE         .00          .00           .00
CHASE AUTO FINANCE        SECURED VEHIC     27775.00       314.38        2108.00
CHASE AUTO FINANCE        UNSECURED          7837.48         .00           .00
TOYOTA MOTOR CREDIT CORP  SECURED VEHIC      5576.62        62.92         456.78
CHASE BANK USA NA         UNSECURED           965.15         .00           .00
SBC                       UNSECURED         NOT FILED        .00           .00
US DEPT OF EDUCATION      UNSECURED          2108.34         .00           .00
US DEPT OF EDUCATION      UNSECURED         20454.02         .00           .00
WELLS FARGO BANK          NOTICE ONLY      NOT FILED         .00           .00
TOYOTA MOTOR CREDIT CORP  UNSECURED           150.62         .00           .00
CHASE BANK USA            UNSECURED          7525.18         .00           .00
DAVID M SIEGEL            DEBTOR ATTY       3,124.00                       .00
TOM VAUGHN                TRUSTEE                                        207.92
DEBTOR REFUND             REFUND                                           .00

           Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             3,150.00

PRIORITY                                      .00
SECURED                                   2,564.78
    INTEREST                                377.30
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                        207.92

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 14974 DESMOND A TAYLOR & SABRINA L TAYLOR
```

```
DEBTOR REFUND                                                         .00
                                      ----------------   ----------------
TOTALS                                       3,150.00           3,150.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/27/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE